| | |
|---|---|
| 1 | John D. Klinedinst (Bar No. 86254); jklinedinst@klinedinstlaw.com |
| | Gregor A. Hensrude (Bar No. 226660); ghensrude@klinedinstlaw.com |
| 2 | KLINEDINST PC |
| | 777 S. Figueroa ST., 47th Floor |
| 3 | Los Angeles, CA 90017 |
| | T: 213-607-9111; F: 213-607-2116 |

Edward E. Casto, Jr. (Admitted *Pro Hac Vice*); ecasto@nbclaw.net
Brent N. Bumgardner (Admitted *Pro Hac Vice*); bbumgardner@nbclaw.net
Barry J. Bumgardner (Admitted *Pro Hac Vice*); barry@nbclaw.net
NELSON BUMGARDNER CASTRO, P.C.
5601 Bridge Street, Suite 300
Forth Worth, TX 76112
T: 817-377-9111; F: 817-377-3485

Attorneys for Plaintiff and Counterdefendant
GUARDIAN MEDIA TECHNOLOGIES, LTC.

Craig S. Summers (Bar No. 108688); craig.summers@kmob.com
John W. Holcomb (Bar No. 172121); john.holcomb@kmob.com
Irfan A. Lateef (Bar No. 204004); irfan.lateef@kmob.com
Andrew J. Hall (Bar No. 246984); andrew.hall@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Defendant and Counterclaimant
TOSHIBA AMERICA CONSUMER
PRODUCTS, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD., | Case No. CV09-0052 R (RCx) |
| Plaintiff, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| v. | |
| TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C. | Hon. Manuel L. Real |
| | Hon. Rosalyn M. Chapman |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

*1*        Good cause appearing, the Stipulated Protective Order is entered on this
*2*  date.
*3*        IT IS SO ORDERED.

*4*

*5*  Dated: June 08, 2009

*6*

*7*  _____  UNITED STATES DISTRICT JUDGE/
     UNITED STATES MAGISTRATE JUDGE

*8*

*9*  7191691

- 1 -