Craig S. Summers (Bar No. 108688)
craig.summers@kmob.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@kmob.com
Thomas P. Krzeminski (Bar No. 213714)
thomas.krzeminski@kmob.com
Marko R. Zoretic (Bar No. 233952)
mzoretic@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
T: 949-760-0404; F: 949-760-9502

John W. Holcomb (Bar No. 172121)
john.holcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street, Suite 700
Riverside, CA 92501
T: 951-781-9231; F: 949-760-9502

Attorneys for Defendant and Counterclaimant
TOSHIBA AMERICA CONSUMER
PRODUCTS, L.L.C.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GUARDIAN MEDIA TECHNOLOGIES, LTD., | ) Case No. CV09-0052 R (RCx) |
| Plaintiff, | ) **FINAL JUDGMENT** |
| v. | ) |
| TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C. | ) Hon. Manuel L. Real |
| Defendants. | ) |
| TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., | ) |
| Counterclaimant, | ) |
| v. | ) |
| GUARDIAN MEDIA TECHNOLOGIES, LTD., | ) |
| Counterdefendant. | ) |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters final judgment in favor of defendant Toshiba America Consumer Products, L.L.C. ("TACP") and against plaintiff Guardian Media Technologies Ltd. ("Guardian") in conformity with the Court's Orders and findings set forth below. Consistent with the Court's Order Granting TACP's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 4,930,160 (*see* Dkt. No. 47) and the Court's accompanying Statement of Uncontroverted Facts and Conclusions of Law (*see* Dkt. No. 48), the Court finds that TACP has not infringed any claim of U.S. Patent No. 4,930,160, either literally or under the doctrine of equivalents. Consistent with the Court's Order Dismissing Count Two of TACP's Counterclaim of Invalidity of U.S. Patent No. 4,930,160 (*see* Dkt. No. 50), the Court dismisses that Count, without prejudice, subject to the terms and conditions in the Dismissal Order. Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED THAT:

(A)    Guardian recover nothing from TACP;

(B)    Guardian's claims against TACP are dismissed with prejudice on the merits;

(C)    TACP is the prevailing party;

(D)    Costs are taxed against Guardian;

(E)    TACP prevails on Count I of TACP's Counterclaim regarding non-infringement of U.S. Patent No. 4,930,160; and

(F)    Count II of TACP's Counterclaim regarding invalidity of U.S. Patent No. 4,930,160 is dismissed without prejudice.


Dated: September 01, 2009    _____

Honorable Manuel L. Real
United States District Judge

-1-