# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-09-52-R**                                                              **Date:** Oct. 25, 2010

**TITLE: GUARDIAN MEDIA TECHNOLOGIES LTD V. TOSHIBA AMERICA CONSUMER PRODUCTS LLC**

========================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| | |
|---|---|
| **Isabel Martinez** | **Sheri Kleeger** |
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**

Jasmin Morad                                                                   Marko Zoretic

**PROCEEDINGS:**   1.   STATUS CONFERENCE on Order granting Parties Joint motion to remand from U.S.C.A. 9th Circuit
                 2    Joint motion to vacate the Court's prior claim construction and summary judgment ruling concerning U.S. Patent No. 4,930,160 (fld 8-21-09)

**The parties inform the Court that they have settled.**

**The Court vacates the joint motion to vacate.**

**Plaintiff shall submit a proposed order.**

<u>1 min</u>

**MINUTES FORM 90**                                                       **Initials of Deputy Clerk   IM**
**CIVIL -- GEN**