JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| GUARDIAN MEDIA TECHNOLOGIES, LTD,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.,<br><br>Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No.   2:09-cv-0052 R (RCx)<br><br>**ORDER DISMISSING ALL CLAIMS**<br><br>Judge:                  Manuel L. Real<br>Magistrate Judge: Rosalyn M. Chapman<br>Complaint Filed: January 6, 2009<br>Trial Date:            None set |
|---|---|

Pursuant to the Joint Motion for Dismissal filed by Plaintiff Guardian Media Technologies, Ltd. and Defendant Toshiba America Consumer Products, L.L.C. ("Toshiba") and for other good cause;

///

///

///

///

///

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

The Court ORDERS, ADJUDGES, AND DECREES as follows:

1. Guardian's claims against Toshiba are dismissed WITH PREJUDICE;

2. Toshiba's claims against Guardian are dismissed WITH PREJUDICE; and

3. All costs, expenses and attorneys fees are to be borne by the party that incurred them.

DATED: December 6, 2010       By: _____
                                   **Manuel L. Real**
                                   **United States District Court**

1060149v1

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017